# DIVIDEND REPORT

| | | |
|---|---|---|
| Case No: | 04-37129-H4-7 | Date Printed: 12/22/2009 |
| Case Name: | BLANSETT, REBECCA BABB  AND BLANSETT, CHARLES M | Check Number: 5014 |
| Trustee Name: | Joseph Hill | Check Date: 11/10/2009 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 1 | CHASE MANHATTAN BANK USA NA<br>c/o Chase BankCard Services Inc<br>PO Box 52176<br>Phoenix, AZ 85072-2176 | $16,014.50 | $1.71 |
| 2 | CHASE MANHATTAN BANK USA NA<br>c/o Chase BankCard Services Inc<br>PO Box 52176<br>Phoenix, AZ 85072-2176 | $18,449.93 | $1.97 |
| 3 | CITIBANK (SOUTH DAKOTA)<br>Payment Center<br>4300 Westown Pkwy<br>West Des Moines, IA 50266 | $131.47 | $0.01 |
| 4 | CITIBANK (SOUTH DAKOTA)<br>Payment Center<br>4300 Westown Pkwy<br>West Des Moines, IA 50266 | $1,044.65 | $0.11 |
| 5 | DISCOVER BANK<br>Discover Financial Services<br>P O Box 8003<br>Hilliard, OH 43026 | $5,680.08 | $0.60 |
| 6 | DISCOVER BANK<br>Discover Financial Services<br>P O Box 8003<br>Hilliard, OH 43026 | $6,481.78 | $0.69 |
| 7 | CITIBANK (USA). N.A.<br>4300 Westown Parkway<br>West Des Moines, IA 50266 | $4,942.33 | $0.53 |
| 8 | CITIBANK, N.A.<br>Citibank/ CHOICE<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | $23,671.49 | $2.52 |
| 9 | CAVALRY PORTFOLIO SERVICES, LLC<br>as Assignee of ConocoPhillips Co<br>P O Box 9<br>Hawthorne, NY 10532 | $198.09 | $0.02 |

**DIVIDEND REPORT**  Page No: 2

| | | |
|---|---|---|
| **Case No:** 04-37129-H4-7 | **Date Printed:** | 12/22/2009 |
| **Case Name:** BLANSETT, REBECCA BABB AND BLANSETT, CHARLES M | **Check Number:** | 5014 |
| **Trustee Name:** Joseph Hill | **Check Date:** | 11/10/2009 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| | **Total Check Amount:** | | **$8.16** |